HARMON RUSH VS. LEM. SCOTT, SHERIFF, ET AL.

FARMER, J   Where documents are annexed to the petition and made part thereof, and endorsed " filed in evidence," they constitute a sufficient note of evidence, and the case will be considered on them.   31 An. 462.

2.   Lawyers have no authority to consent to what judgment shall be rendered in a suit; but where a written agreement of counsel is filed to that effect, the Court will presume that they have received special power from their clients, and act on the agreement.

---

W. T. OLIVER, ADMINISTRATOR, VS. JOHN CHAFFE, ADMINISTRATOR.

FARMER, J.   An Appellate Court has nothing to do with events that transpired subsequent to the judgment of the lower court, except in so far as they affect appellant's right of appeal; and although it appears in the record that the judgment has been paid in full by the appellant, the judgment will be affirmed at his cost.

2.   A judgment of itself should be so explicit and accurate, that its proper interpretation does not depend on argument or verbal criticism; but where the error is only slight, and its ambiguity springs only from nice distinctions in the meaning of words, it will not be disturbed.